# UNITED STATES DISTRICT COURT
### District of New Mexico

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **Efren Valencia-Montoya** | Case Number: **1:11CR02990-001JB** |
| | USM Number: **33409-051** |
| | Defense Attorney: **James Baiamonte, Appointed** |

THE DEFENDANT:

☒  admitted guilt to violations of condition(s)  **Special**  of the term of supervision.
☐  was found in violation of condition(s)    after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition | "The defendant reentered the United States without legal authorization." | 05/12/2013 |

The defendant is sentenced as provided in pages 1 through **2** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s)    and is discharged as to such violation(s).

IT IS FURTHER ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| **None** | **December 10, 2013** |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No. | Date of Imposition of Judgment |
| **1974** | **/s/ James O. Browning** |
| Defendant's Year of Birth | Signature of Judge |
| | **Honorable James O. Browning** |
| | **United States District Judge** |
| City and State of Defendant's Residence | Name and Title of Judge |
| | **April 22, 2014** |
| | Date Signed |

AO 245D (Rev. 12/10) Judgment in a Criminal Case for Revocations
Sheet 2 Imprisonment                                                                                                   Judgment Page 2 of 2

Defendant: **Efren Valencia-Montoya**
Case Number: **1:11CR02990-001JB**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **27 months**.

**The Court recommends that Immigration and Customs Enforcement begin removal proceedings during service of sentence.**

**A term of supervised release is not reimposed.**

☒  The court makes these recommendations to the Bureau of Prisons:

   **Safford Federal Correctional Institution, Safford, Arizona, if eligible**

☒  The defendant is remanded to the custody of the United States Marshal.
☐  The defendant shall surrender to the United States Marshal for this district:
   ☐  at  on
   ☐  as notified by the United States Marshal.
☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐  before 2 p.m. on
   ☐  as notified by the United States Marshal
   ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:



Defendant delivered on _____ to
_____ at _____ with a certified copy of this judgment.


UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL